

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00359-CV

| | | |
|---|---|---|
| CORNELIUS JOE ERGONIS AND LINDA ERGONIS, Appellants | § | On Appeal from the 362nd District Court |
| v. | § | of Denton County (19-5640-362) |
| PAUL WOOD INSPECTION GROUP, INC., CALEB WOOD, AND JAMES ALAN PETERSON, Appellees | § | October 31, 2024 |
| | § | Per Curiam Memorandum Opinion |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM